

United States District Court
Eastern District of California

Lily Ringold

Plaintiff(s)

V.

Grimmway Enterprises, Inc

Defendant(s)

Case Number: | 1:26 cv 01193 JLT-CDB |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Brian David Ernst
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Lily Ringold

On _____ 09/22/2020 _____ (date), I was admitted to practice and presently in good standing in the
Supreme Court of the State of Washington _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✓ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case 1:26 cv 01194 JLT CDB Antranigian, et al v. Grimmway Enterprises, Inc Concurrently

Date: _____ 05/05/2026 _____    Signature of Applicant: /s/ _____ Brian D. Ernst _____

**Pro Hac Vice Attorney**

Applicant's Name: Brian David Ernst

Law Firm Name: Marler Clark, Inc. PS

Address: 180 Olympic Drive S.E.

City: Bainbridge Island    State: WA    Zip: 98110

Phone Number w/Area Code: (206) 346-1888

City and State of Residence: Bainbridge Island, Washington

Primary E-mail Address: bernst@marlerclark.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Trvor Quirk

Law Firm Name: Quirk Law Firm, LLP

Address: 877 S. Victoria Ave

Suite 111

City: Ventura    State: CA    Zip:

Phone Number w/Area Code: (806) 650-7778    Bar # 241626

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 5, 2026

_____
U.S. Magistrate Judge Christopher D. Baker